❦AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

UNITED STATES OF AMERICA
V.
JACOB MARTINEZ

**WARRANT FOR ARREST**

Case Number: 07-821-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  _____JACOB MARTINEZ_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

conspiracy to distribute oxycodone

in violation of Title  21  United States Code, Section(s)  846

MARIANNE B. BOWLER, USMJ
Name of Issuing Officer

Marianne B. Bowler
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

4/13/2007   Boston, Massachusetts
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED<br>4/13/07 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Todd F. Prough | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>4/18/07 | | |

AO 442   (Rev. 10/03) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:   JACOB MARTINEZ

ALIAS: _____

LAST KNOWN RESIDENCE:   14 Richards Street, Lynn, Massachusetts

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH:   11/28/1979

SOCIAL SECURITY NUMBER:   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

HEIGHT: _____   WEIGHT: _____

SEX:   Male                              RACE: _____

HAIR: _____         EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:   Drug Enforcement Administration