UNITED STATES DISTRICT COURT

DISTRICT of Massachusetts

UNITED STATES OF AMERICA

V

CR 07-10179-JLT

BARRY DAVIS

### AMENDED REVOCATION JUDGMENT

TAURO, D.J.                                    February 25, 2013

The defendant having come before me on 2/12/2013 **for purpose of a Revocation of Supervised Release hearing** and having admitted to Violation #1 as described in the United States Probation Petition for Warrant, the government having withdrawn violation #2, without prejudice, it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on February 24, 2009.

> Therefore, Supervised Release is revoked and Sentence is imposed as follows:
>
> TWO (2) months custody.
>
> 22 Months Supervised release with the following special conditions:
>
> The defendant is to participate in a mental

2

health treatment program.

The defendant is prohibited from possessing a firearm destructive device, or other dangerous weapon.

The defendant is to participate in a program for substance abuse counseling as directed by the United States Probation Office, which program may include testing not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment.

The defendant is to participate in and complete a Massachusetts Certified Batterer's program at the direction of the Probation Office.

The court recommends that the defendant serve his sentence at Wyatt Detention Facility, R.I.

SO ORDERED,

Joseph L. Tauro, U.S.D.J.